Dismissed and Memorandum Opinion filed February 1, 2007








Dismissed
and Memorandum Opinion filed February 1, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01074-CV

____________

 

KF GROUP, INC. TEXAS, ET AL,
Appellants

 

V.

 

EDITH G. VALDEZ, ET AL, Appellees

 



 

On Appeal from County Civil Court
at Law No. 1

Harris County, Texas

Trial Court Cause No.
847349

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 27, 2006.  The notice of appeal was
filed on November 29, 2007.  To date, our records show that appellants have
neither established indigence nor paid the $125.00 appellate filing fee.  See
Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent);Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon
2005) (same). 








After being given the requisite ten-days= notice that this
appeal was subject to dismissal, appellants did not respond.  See Tex. R. App. P. 42.3.  Accordingly, the appeal is ordered
dismissed.  See Tex. R. App. P. 42.3(c)
(allowing
involuntary dismissal of case because
appellant has failed to comply with notice from clerk requiring response or
other action within specified time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum Opinion filed
February 1, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.